1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    OSCAR HUMBERTO GARCIA-MEJIA,              1:07-cv-00783 LJO NEW (DLB) (PC)

9              Plaintiff,
                                              ORDER TO SUBMIT CERTIFIED
10   vs.                                      COPY OF TRUST ACCOUNT
                                              STATEMENT **OR** PAY FILING FEE
11   CHARLES R. GILKEY, et al.,

12             Defendant(s).

13   _____/

14         Plaintiff, a federal prisoner proceeding pro se, has filed a civil rights action pursuant to

15   Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971), together with an application to proceed in forma

16   pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement.  However, the

17   copy of plaintiff's prison trust account statement was not certified.  See 28 U.S.C. § 1915(a)(2).  Plaintiff

18   will be provided the opportunity to either pay the $350.00 filing fee or submit a certified copy of his trust

19   account statement in support of his request to proceed in forma pauperis.

20         In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the

21   date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement

22   for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the

23   $350.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that

24   this action be dismissed.

25         IT IS SO ORDERED.

26   **Dated:**   **June 21, 2007**          **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

27

28