# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR HUMBERTO GARCIA-MEJIA, | 1:07-cv-00783-LJO-GSA-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS, RECOMMENDING DISMISSAL OF ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| v. | |
| GILKEY, et al., | (Doc. 17.) |
| Defendants. | OBJECTIONS, IF ANY, DUE WITHIN THIRTY DAYS |
| / | |

Plaintiff Oscar Humberto Garcia-Mejia ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971).

Plaintiff filed the complaint commencing this action on May 29, 2007. (Doc. 1.) On October 10, 2007, plaintiff filed an amended complaint. (Doc. 17.) On January 13, 2009, the undersigned dismissed Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, with leave to file a second amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). (Doc. 35.) To date, Plaintiff has not filed a second amended complaint or otherwise responded to the Court's order.[1] As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

---

[1] The United States Postal Service returned the order on February 12, 2009 as undeliverable, with a notation "REFUSED, DEPORTED." However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

1    Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the undersigned
2 HEREBY RECOMMENDS that this action be dismissed, with prejudice, based on Plaintiff's failure
3 to state any claims upon which relief may be granted under section 1983.
4    These Findings and Recommendations will be submitted to the United States District Judge
5 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30)**
6 **days** after being served with these Findings and Recommendations, Plaintiff may file written
7 objections with the Court.  The document should be captioned "Objections to Magistrate Judge's
8 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
9 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d
10 1153 (9th Cir. 1991).

12    IT IS SO ORDERED.
13    **Dated:   March 5, 2009**            /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE