IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR HUMBERTO GARCIA-MEJIA, | 1:07-cv-00783-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 32.) |
| vs. | |
| GILKEY, et al., | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| Defendants. | ORDER DIRECTING CLERK TO CLOSE CASE |

Oscar Humberto Garcia-Mejia ("plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 5, 2009, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to state a claim upon which relief may be granted. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

---

[1] The United States Postal Service returned the findings and recommendations on March 17, 2009 as undeliverable, with a notation "Return to Sender, Refused, Inmate Not at This Institution, Released." However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on March 5, 2009, are adopted in full;

2. This action is dismissed with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:  April 23, 2009**                           /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE